UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MILTON MUSA PACHECO,

                Plaintiff,

                                                    Civil Action No.
                                                    9:07-CV-0850
        v.                                              (FJS/GHL)

GEORGE E. PATAKI, ELLIOTT SPITZER,
ANTHONY ELLIS, GEORGE B. ALEXANDER,
E. WOODS, BRIAN FISHER,
LUCIEN J. LECLAIRE, JR., ROBERT DENNISON,

                Defendants.
_____

APPEARANCES:                                     OF COUNSEL

MILTON MUSA PACHECO, 79-B-0064
Plaintiff *pro se*
Great Meadow Correctional Facility
Box 51
Comstock, New York   12821


HON. ANDREW M. CUOMO               KRISTA A. ROCK, ESQ.
Attorney General of the State            Assistant Attorney General
  of New York
Counsel for Defendant Alexander
The Capitol
Albany, New York   12224


**FREDERICK J. SCULLIN, JR., S.J.:**

## ORDER

Currently before the Court is Magistrate Judge George H. Lowe's Report-Recommendation filed May 5, 2010, to which the parties have filed no objections. On May 26, 2010, this Court extended the Plaintiff's deadline to submit objections to Magistrate Judge Lowe's Report-Recommendation to July 26, 2010. Thereafter, Plaintiff filed no objections to said Report-Recommendation. Accordingly, having reviewed that Report-Recommendation and the entire file in this matter, the Court hereby

**ORDERS** that the Report-Recommendation of Magistrate Judge George H. Lowe filed May 5, 2010, is **ACCEPTED** in its entirety, for the reasons stated therein; and the Court further

**ORDERS** that Defendant Alexander's motion to dismiss the claims against him for failure to state a claim is **GRANTED** without leave to amend; and the Court further

**ORDERS** that the Clerk of the Court shall serve a copy of this Order on the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

**Dated:** August 9, 2010
Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge